```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
--------------------------------------x
                                      )
IN RE OLSTEN CORPORATION              )
SECURITIES LITIGATION                 )    No. 97-CV-5056
                                      )       (DRH)
--------------------------------------x
```

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT the within is a true copy of an Order which will be presented to the Honorable Denis R. Hurley on November 2, 2005 for signature.

Dated:   New York, New York
         October 27, 2005

                                      Respectfully submitted,

                                      WECHSLER HARWOOD LLP

By:  _____
     Robert I. Harwood (RH-3286)
     Daniella Quitt, Esq. (DQ-1963)
     488 Madison Avenue
     New York, NY 10022
     (212) 935-7400

     Co-Lead Counsel for Plaintiffs
       and the Class

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    )
IN RE OLSTEN CORPORATION            )
SECURITIES LITIGATION               )    No. 97-CV-5056
                                    )    (DRH)
------------------------------------x
```

### [PROPOSED] ORDER DIRECTING DISTRIBUTION OF THE NET SETTLEMENT FUND

WHEREAS on August 31, 2001, this Court approved the class action settlement in this action (the "Final Order");

WHEREAS, the Court retained jurisdiction over certain matters, including all matters relating to the administration of the Settlement and its terms, which includes plaintiffs' application for an Order Directing Distribution of Net Settlement Fund by Berdon Administration LLC ("Berdon")(as detailed in the affidavit of Michael Rosenbaum, sworn to October 17, 2005);

WHEREAS, by Order dated April 16, 2004 and Judgment dated April 20, 2004, this Court approved the proposed plan of distribution of the settlement funds;

WHEREAS, claimant Robert Riedinger appealed from said Order and Judgment to the United States Court of Appeals for the Second Circuit;

WHEREAS, by Decision and Order dated September 12, 2005, the Second Circuit reversed the April 20, 2004 Judgment and remanded the case for further proceedings;

WHEREAS, based on the opinion of the Second Circuit Court of Appeals, the Claims Administrator has amended its plan of allocation to include claimant Riedinger;

WHEREAS, plaintiffs have conferred with counsel for claimant Riedinger who approves the instant form of Order directing distribution of the Net Settlement Fund;

WHEREAS, based on the foregoing, plaintiffs have sought entry of an Order permitting a *pro rata* distribution of the settlement funds to be made to Class Members, including claimant Riedinger;

WHEREAS, the Court has reviewed the procedures taken in the claims procedure and administration of the Settlement Fund, and has considered the recommendations of Berdon concerning the allowances and disallowance of claims, and finally barring claims which are deficient, incomplete or were otherwise rejected; and

WHEREAS, the Court having reviewed all submissions presented on the Motion, it is now hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The procedures used and actions taken for the administration of the Settlement and claims procedure are hereby adjudged to have been proper and complete, and the administrative determinations of the Claims Administrator accepting and rejecting claims filed in this matter are approved.

2. The hours of services, fees, and out-of-pocket expenses, and costs for services for which Berdon seeks payment as previously awarded by the Court in its April 16, 2004 Order are approved and adjudged to be fair and reasonable.

3. The Net Settlement Fund shall be distributed as soon as reasonably possible in accordance with the Final Order and each Class Member shall receive his/her/its *pro rata* share of the Net Settlement Fund calculated by Berdon based on their calculated recognized losses after deduction of any additional taxes to be paid to the Internal Revenue Service.

4. All claimants asserting any defective claims are hereby barred from (a) participating in the Net Settlement Fund, (b) claiming against the Settlement Fund, and (c) claiming against any person involved in the acceptance or disallowance, verification or calculation, tabulation or other processing of the claims filed, the notification of claimants as to the disposition of their claims, the investment or distribution of the Settlement Fund, or any other aspect of the administration of the Settlement Fund, and releasing the parties and their agents from any liability in connection with the processing of the Proofs of Claim and the distribution of the Settlement Fund and any other aspect of the administration of the Settlement Fund, including Berdon and Plaintiffs' Counsel.

5. All parties and counsel and their agents are released from any liability in connection with the processing of the Proofs of Claim and the distribution of the Settlement Fund except for any proven gross or willful misconduct.

6. The Court reserves jurisdiction over all matters relating to any administration for and consummation of the terms of the Settlement.

7. The above provisions of this Order constitute a full and complete adjudication of the matters herein, and the Court determines that there is no just reason for delay and directs, pursuant to Rule 54(b), that this final judgment be entered with respect to all such matters.

Dated: Central Islip, New York
       October ___, 2005

_____
Denis R. Hurley
U.S.D.J.

Agreed and Accepted:

_____
Joseph L. Clasen, Esq. (JC1759)
Robinson & Cole LLP
28th Floor, 885 Third Avenue
New York, New York 10022
Telephone: (212) 451-2900

On Behalf Of Claimant
 Robert Riedinger

## CERTIFICATE OF SERVICE

I, Joy Glass, hereby certify that I am an employee of Wechsler Harwood LLP, attorneys for plaintiffs, and that on October 27, 2005, I served a true and correct copies of the Notice of Settlement and accompanying Affidavit by first class mail, postage pre-paid, to:

Robert A. Alessi, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

Attorneys for Defendants; and

Joseph L. Clasen, Esq.
Robinson & Cole LLP
885 Third Avenue
New York, New York 10022

Attorneys for Claimant
  Robert Riedinger

_____
Joy Glass

## CERTIFICATE OF SERVICE

I, Joy Glass, hereby certify that I am an employee of Wechsler Harwood LLP, attorneys for plaintiffs, and that on October 27, 2005, I served a true and correct copies of the Notice of Settlement and accompanying Affidavit by first class mail, postage pre-paid, to:

Robert A. Alessi, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

Attorneys for Defendants; and

Joseph L. Clasen, Esq.
Robinson & Cole LLP
885 Third Avenue
New York, New York 10022

Attorneys for Claimant
  Robert Riedinger

_____
Joy Glass