**HARWOOD FEFFER LLP**
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

October 27, 2008

Honorable Denis R. Hurley,
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

   Re: In re Olsten Corporation Securities Litigation
      97-CV-5056 (DRH)

Dear Judge Hurley:

  We are co-lead counsel in the referenced action. On November 29, 2005, Your Honor approved the distribution of the Net Settlement Fund to the authorized claimants.

  We have been advised by the Claims Administrator that there is a balance of approximately $152,000 in unclaimed settlement checks. All reasonable efforts to locate these claimants have been exhausted. We have prepared a motion seeking a supplemental order approving distribution of these funds to non-profit organizations, including MFY Legal Services, Inc. In accordance with Your Honor's Individual Practice Rules, we seek permission to file such motion without necessity of a pre-motion conference. We do not anticipate any opposition to the motion.

               Respectfully yours,

               s/Robert I. Harwood
               Robert I. Harwood
               (RH-3286)

RIH:jrg

  cc: Defendants' Counsel